| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Alarcon, Arthur L | 2. Court or Organization U.S. Court of Appeals | 3. Date of Report 05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address U.S. Courthouse 312 No. Spring Street Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Las Familias del Pueblo (a not-for-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 6/76 | Employee's Retirement Benefit (Los Angeles County) |
| 2. 6/76 | Employee's Retirement Benefit (State of California) |
| 3. 6/92 | State Judge's Pension |

RECEIVED 2008 MAY 19 A 10: 52 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Retirement Benefits, State of California | $ 2,343 |
| 2. 2007 | Retirement Benefits, Los Angeles County | $ 10,745 |
| 3. 2007 | Retirement Benefits, State of California Judges | $ 41,083 |
| 4. 2007 | West Services Inc. | $ 12,555 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Retirement Plan of Citibank |
| 2. 2007 | Retirement Plan of Honeywell |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Committee to Protect Journalists Hemisphere Conference | July 17-21, 3007 | Santo Domingo | Judiciary & Press Conf. | Transportation, lodging, & meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal Western Life Ins Co | A | Interest | K | W | | | | | |
| 2. L.A. Financial Credit Union | A | Interest | | | Closed | 04/12 | L | | |
| 3. Washington Mutual Bank Accounts | A | Interest | | | Closed | 02/26 | L | | |
| 4. U.S. Treasury Bills | C | Interest | M | T | Reinvest | 02/08 | K | | |
| 5. | | | | | Reinvest | 08/09 | K | | |
| 6. | | | | | Reinvest | 05/04 | L | | |
| 7. | | | | | Reinvest | 11/01 | L | | |
| 8. | | | | | Purchase | 04/05 | J | | |
| 9. | | | | | Reinvest | 10/04 | J | | |
| 10. | | | | | Purchase | 12/06 | K | | |
| 11. United Airline Stock | | None | J | T | | | | | |
| 12. Wachovia Bank Accounts | B | Interest | K | T | | | | | |
| 13. Brokerage Account #1 | | | | | | | | | |
| 14. - Sweep Account | A | Interest | K | T | | | | | |
| 15. - Agilent Technology Stock | | None | | | Sell | 09/27 | J | | |
| 16. - Citigroup Stock | D | Dividend | M | T | Buy | 08/03 | J | | |
| 17. | | | | | Buy | 09/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.      - Coca Cola Stock | A | Dividend | J | T | | | | | |
| 19.      - Hewlett Packard Stock | A | Dividend | K | T | | | | | |
| 20.      - Microsoft Stock | A | Dividend | J | T | | | | | |
| 21.      - Proctor & Gamble Stock | A | Dividend | J | T | Buy | 07/31 | J | | |
| 22.      - Nokia Stock | A | Dividend | J | T | | | | | |
| 23.      - IBM Stock | A | Dividend | J | T | | | | | |
| 24.      - Sara Lee Stock | A | Dividend | J | T | Buy | 07/27 | J | | |
| 25.      - Hanesbrands Inc Stock | | None | | | Sell | 09/27 | J | A | |
| 26.      - Mastercard Inc Stock | A | Dividend | J | T | | | | | |
| 27.      - Paterson-UTI Energy Inc Stock | A | Dividend | J | T | | | | | |
| 28.     Brokerage Account #2 | | | | | | | | | |
| 29.      - Sweep Account | A | Interest | J | T | | | | | |
| 30.      - Honeywell Stock | A | Dividend | K | T | | | | | |
| 31.      - Cisco Stock | | None | K | T | | | | | |
| 32.      - Pfizer Stock | A | Dividend | J | T | | | | | |
| 33.      - Merck Stock | A | Dividend | J | T | | | | | |
| 34.      - International Paper Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - TYCO International LTD Stock | A | Dividend | | | Sell | 08/14 | J | | |
| 36. - EXXON Mobile Corp Stock | A | Dividend | J | T | | | | | |
| 37. - 3M Company Stock | A | Dividend | J | T | | | | | |
| 38. - Intel Stock | A | Dividend | J | T | | | | | |
| 39. - Clorox Company Stock | A | Dividend | J | T | Buy | 08/14 | J | | |
| 40. - Newel Rubbermaid Inc Stock | A | Dividend | J | T | Buy | 07/26 | J | | |
| 41. - Citigroup Inc Stock | | None | J | T | Buy | 11/09 | J | | |
| 42. Brokerage Account #3 | | | | | | | | | |
| 43. - Wachovia Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 44. - Sovereign Bank CD | C | Interest | | | Redemption | 01/11 | L | | |
| 45. - Western Bank CD | D | Interest | | | Redemption | 08/09 | L | | |
| 46. - Mercantile Bank CD | D | Interest | | | Redemption | 09/27 | M | | |
| 47. - Cape Cod Bank CD | C | Interest | | | Buy | 02/28 | L | | |
| 48. | | | | | Redemption | 11/28 | L | | |
| 49. - Capmark Bank CD | | None | L | T | Buy | 06/05 | L | | |
| 50. - Doral Bank CD | | None | L | T | Buy | 11/29 | L | | |
| 51. - Enterprise Bank CD | | None | L | T | Buy | 04/27 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Franklin Bank CD | | None | L | T | Buy | 10/04 | L | | |
| 53. - Lehman Commercial Bank CD | | None | L | T | Buy | 08/07 | L | | |
| 54. - Stillwater Bank CD | | None | L | T | Buy | 01/16 | L | | |
| 55. Brokerage Account #4 | | | | | | | | | |
| 56. - Wachovia Bank Deposit Sweep Option | A | Interest | K | T | | | | | |
| 57. - First Bank Puerto Rico CD | C | Interest | | | Redemption | 02/08 | L | | |
| 58. - CALIF INFRASTRUCTURE & ECONOMIC DEV BK REV BOND | A | Interest | | | Redemption | 06/01 | J | | |
| 59. - PITTSBURGH CALIF REDEV AGY TAX ALLOC SUB BOND | B | Interest | | | Redemption | 08/01 | L | | |
| 60. - SAN JOSE CALIF REDEV TAX ALLOC MRGD AREA RDV PRJ BOND | C | Interest | | | Redemption | 08/01 | K | | |
| 61. - CALIF ST VAR PURP GEN OBLIGATION BOND | A | Interest | | | Redemption | 09/04 | J | | |
| 62. - LOS ANGELES CNTY CALIF PUB WKS FING AUTH REV SER A BOND | A | Interest | | | Redemption | 10/01 | J | | |
| 63. - Firstbank CD | | None | L | T | Buy | 02/08 | L | | |
| 64. - New Frontier Bank CD | | None | L | T | Buy | 06/26 | L | | |
| 65. - Washington Mutual CD | | None | L | T | Buy | 08/07 | L | | |
| 66. - Pyramax Bank CD | | None | L | T | Buy | 08/07 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | ●=Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. VII. INVESTMENTS AND TRUSTS, line 12 -- Wachovia bought World Savings.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544